IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| | ) No. 2:23-cv-02280 |
| v. | ) |
| | ) Honorable Colleen R. Lawless |
| UNIVERSITY OF ILLINOIS, et al | ) |
| | ) Magistrate Judge Karen L. McNaught |
| Defendants. | ) |

**AMENDED PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

Now comes the Plaintiff, John Doe, by and through counsel, Brandon Brown, The Brown Law Ltd, and hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 65 for an Order temporarily restraining and preliminarily enjoining the Defendant University of Illinois, et al, for the reasons set forth in the attached Amended Memorandum of Law.

In support of this Motion, Plaintiff incorporates by reference his Amended Complaint and his Amended Memorandum in Support, filed herewith.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Amended Motion for Temporary Restraining Order and Preliminary Injunctive Relief and grant any further relief this Court deems equitable and just.

Respectfully Submitted,

**JOHN DOE**

By:   /s/ Brandon Brown
       *Plaintiff's Attorney*

THE BROWN LAW LTD.
4455 S King Drive
Suite 100A
Chicago, IL 60653
T: 773-624-8366
F: 773-624-8365
E: bbrown@thebrownlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies, an oath, that the foregoing, AMENDED PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF was served on all counsel of record via the Court's electronic filing system on Wednesday, December 13, 2023.


/s/ Brandon Brown