

Technology    News    Careers    About    Contact

# Get in Touch

Contact Hinetics today to see how you can use our products in your industry.

If you are passionate about cutting-edge energy conversion and would like to work with us then drop us a note.

**Name**

**Email**

**Message**

Send a Message

**Hinetics, LLC**

60 Hazelwood Drive, Champaign, IL 61820

Copyright 2021 Hinetics LLC. All rights reserved.