# RESEARCH PARK
UNIVERSITY OF ILLINOIS URBANA CHAMPAIGN

ABOUT · LOCATE HERE · RESOURCES · IMPACT · WORK HERE · EVENTS · NEWS · CONNECT · COMPANIES

## Read our 2022-2023 Year in Review

Learn about Research Park enterprise and updates in the 2022-2023 Year in Review.

**LEARN MORE**

RESEARCH PARK YEAR IN REVIEW 2022-2023

# A LEADING TECHNOLOGY HUB THAT CULTIVATES STARTUPS AND ACCELERATES CORPORATE INNOVATION

Located on campus, the Research Park at the University of Illinois Urbana-Champaign is a technology hub for corporate research and development operations and startup companies. Within the Research Park, there are more than 120 companies employing students and full-time technology professionals.