The Subcommittee has invoked Rule 1-311(c), according to which dismissed students may be excluded from university property. Thus, during the period of your dismissal, you are not permitted on University of Illinois at Urbana-Champaign property for any reason without the prior consent of the Office for Student Conflict Resolution (OSCR) staff. OSCR will forward a copy of this letter to the University of Illinois Police Department.