IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN DOE,

    Plaintiff,

v.

MARIAH N. YOUNG, et al

    Defendants.

No. 2:23-cv-02280

**PROTECTIVE ORDER**

To protect the interests of Plaintiff and others in this action, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff shall proceed in this action under the pseudonym "John Doe."

2. The parties shall not refer to student-witnesses who were involved in the disciplinary proceedings by their names or any identifying characters other than pseudonyms.

3. The parties shall refer to the University Title IX complainant as "Jane Roe."

4. All documents filed with the Court that contain the name of Plaintiff or other student-witnesses, either directly or indirectly, shall be filed under seal. In all publicly filed documents, Plaintiff and other student-witnesses shall be identified only by pseudonym.

5. The identities of Plaintiff and other student-witnesses may be disclosed only to the extent reasonably necessary for the conduct of this action and only to the following:

    a. The Court (including any appellate court) and Court personnel;

    b. Court reporters and videographers in connection with the taking of a deposition or the transcription of court proceedings;

    c. Attorneys for the parties to this action and employees of the attorneys' firms;

    d. Plaintiff's immediate family members and Defendants' officers, directors, representatives, and trustees;

    e. Experts, advisors, consultants, and other persons engaged to assist directly in this action; and

  f. Mediators, facilitators, arbitrators, or other third-party neutrals that are engaged by the parties to participate in a resolution of this action.

6. Individuals to whom disclosure of Plaintiff's identity is made shall not further disclose that information to any other person.

7. Any person to whom disclosure of Plaintiff's identity is made shall first read this Protective Order prior to having access to Plaintiff's identity.

8. Under no circumstances shall any person disclose Plaintiff's name or any student witness or student complainant to the media without the consent of Plaintiff's counsel and Order of this Court.

9. If any specific issues related to the non-disclosure of Plaintiff's identity arise during the course of this action, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this Court.

**IT IS SO ORDERED.**

Date: 1/9/2024

s/Colleen Lawless
United States District Court Judge