# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-02280 |
| | ) |
| | ) Honorable Colleen R. Lawless |
| MARIAH YOUNG, et al., | ) |
| | ) |
| Defendants. | ) **JURY DEMANDED** |

## NOTICE OF APPEAL

Plaintiff, John Doe, by and through his attorney, Brandon Brown hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following order entered by the Honorable Colleen R. Lawless:

(1) The District Court's Text Order (no docket no.) entered on October 7, 2024, granting the Defendants' Motion to Remove Plaintiff's Pseudonym and attached dismissal consistent with text order.

By this appeal, Plaintiff will ask the Court of Appeals to reverse the order of the District Court, and grant any such other relief as he may be entitled to on this appeal.

Respectfully Submitted,

John Doe

By:   /s/ Brandon Brown

THE BROWN LAW LTD.
4455 S. King Drive
Suite 100A
Chicago, Illinois 60653
(773) 624-8366
bbrown@thebrownlaw.com

1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 20, 2024, a copy of this Certificate of Service along with the attached pleading was served on counsel of record via the Court's electronic filing system.

    /s/Brandon Brown

2