# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 21, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2871
>
> Caption:
> JOHN DOE,
>
>         Plaintiff - Appellant
>
> v.
>
> MARIAH N. YOUNG, et al.,
>
>         Defendants - Appellees
>
> ---
>
> District Court No: 2:23-cv-02280-CRL-KLM
> Clerk/Agency Rep Shig Yasunaga
> District Judge Colleen R. Lawless
>
> Date NOA filed in District Court: 10/20/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)